**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

─────────────────────────────────────────────

Henry M. Jellows,

       **Appellant,**

    **v.**           **1:22-CV-1099**
                 **(FJS)**

**WELLS FARGO BANK, N.A.,**

       **Appellee.**

─────────────────────────────────────────────

### ORDER

   Upon Certification of the Clerk of the Bankruptcy Court, which Certification is attached

hereto, that the Appellant has failed to comply with Federal Rules of Bankruptcy Procedure

8009(a)(1)(A) & (B); and the time for compliance with these rules having expired; the Court

hereby

   **ORDERS** that the within appeal be and hereby is **DISMISSED** unless the Appellant

within 30 days of the date of this Order fully complies with Federal Rules of Bankruptcy

Procedure 8009(a)(1)(A) & (B).


**IT IS SO ORDERED.**

Dated: January 10, 2023
   Syracuse, New York

          _____
          Frederick J. Scullin, Jr.
          Senior United States District Judge

O:M139A(02/01/2010)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK

In re Henry M. Jellows ,                                    )
                                                            )
        Debtor(s)                                  )
                                                            )
                                                            ) Case No. 22–10573–1–rel
                                                            )
                                                            )
                                                            ) Chapter 12
                                                            )
Social Security No(s).: xxx–xx–4954 , and all               )
Employer's Tax Identification No(s). *[if any]* ,           )
                                                            )
                                                            )
                                                            )
                                                            )

### CERTIFICATION OF NON–COMPLIANCE

TO THE UNITED STATES DISTRICT COURT CLERK FOR THE NORTHERN
DISTRICT OF NEW YORK:

I, Cynthia A. Platt, Clerk of the Bankruptcy Court for the Northern District of New York,
do hereby certify to the District Judge the following facts:

    Fact No. 1: Notice of Appeal was filed on: _10/21/2022_

    Fact No. 2: Non–Compliance with Fed. R. Bankr. P. _8009(a)(1)(A) & (B)_

    Fact No. 3: No extension of time has been granted.

Date: 11/22/22                          Cynthia A. Platt
                                        Clerk of Court

                                        By: _Nicole Smith_
                                        Deputy Clerk